UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
COURT FILE NO.: Case No. 23-cv-00082

| | |
|---|---|
| **ESTATE OF JORDEN VIDANA, JORDAN VIDANA, JR., JADEN VIDANA, and JAYLEN VIDANA,**<br><br>Plaintiffs<br>vs.<br><br>**LUIS REYES GOMEZ, HP TRANS CORP, and DRIVE NEW JERSEY INSURANCE COMPANY.**<br><br>Defendants | **UNOPPOSED MOTION TO AMEND COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Estate of Jorden Vidana, Jordan Vidana, Jr., Jaden Vidana, and Jaylen Vidana ("Plaintiffs") through their attorneys Lein Law Offices, LLP, respectfully move this Court for an order granting them leave to file a First Amended Complaint, attached hereto as Exhibit 1.

Plaintiffs believe good cause for their motion exists for the following reasons:

1. The discovery deadline is June 3, 2024; trial is scheduled to commence on August 5, 2024. (Dkt. 7)

2. Plaintiffs move the Court to file a First Amended Complaint to add Sentry Select Insurance Company ("Sentry") as a defendant.

3. Under Federal Rule of Civil Procedure 15(a)(2) a party is allowed to amend its pleading by written consent of the opposing parties or the court's consent. The court should freely grant leave when justice so requires. Here counsel for the defendants presently part of the above captioned matter does not oppose this motion.

4. Plaintiffs are not offering the amended pleading for a dilatory motive, bad faith, or undue delay. Instead, Plaintiffs are asking to amend the complaint to add Sentry.

5. Defendants could not possibly be unduly prejudiced by Plaintiffs' request to file a First Amended Complaint.

6. With the hope of streamlining this case, Plaintiffs request that this Court allow them to amend their complaint solely to add Sentry.

Respectfully submitted,

**Lein Law Offices, LLP**

By: **s/Matthew C. Lein**
Matthew C. Lein
Attorney I.D.#1084028
15692 Hwy 63 North
PO Box 761
Hayward, Wisconsin 54843
Telephone: (715) 634-4273
Facsimile: (715) 634-5051
mlein@leinlawoffices.com
**Attorney for Plaintiff(s)**